# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| OTIS REDMON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:19-CV-125 (WLS-TQL) |
| RALPH SHROPSHIRE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Appointment of counsel in a 42 U.S.C. § 1983 case is not automatic but is "a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987). Because of the nature of the pending legal claims and the Plaintiff in this case, the Court finds it in the interest of justice to appoint counsel to represent Plaintiff for pretrial matters and the trial.

Accordingly, the Court hereby appoints Attorney Brendan Mullen to represent the legal interests of Plaintiff Otis Redmon in this case.

**SO ORDERED**, this 25th day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**