IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OTIS REDMON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:19-CV-125 (WLS-TQL) |
| : | |
| RALPH SHROPSHIRE, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff filed on March 14, 2022. (Doc. 49.) Therein, Judge Langstaff recommends that a Motion to Dismiss for Failure to Prosecute filed by Defendants Shropshire, Pineiro, Allen, and Miles (collectively, the "Supervisory Defendants") be denied because nothing in the record suggests that Plaintiff was actively engaged in willful delay and it was not a requirement for the Plaintiff to respond to their Motion for Summary Judgement. (Doc. 49 at 6-7.) Fourteen days were provided to object, but no objections were filed. As such, the Court has reviewed all findings in the Recommendation but finds no clear error or manifest injustice therein. *United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012).

Accordingly, upon full review and consideration of the record, the Court finds that the Recommendation (Doc. 49) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Supervisory Defendants' Motion to Dismiss for Failure to Prosecute (Doc. 45) is **DENIED**.

**SO ORDERED**, this 21st day of April 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1