# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| OTIS REDMON, | : |
| | : |
| v. | : |
| | : |
| SHROPSHIRE, *et al*, | :   CASE NO.: 7:19-CV-125 (WLS) |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is the Parties' Joint Notice of Settlement. (Doc. 62.) Therein, the Parties inform the Court that they have reached a settlement of the issues involved in this action but are in the process of finalizing the settlement agreement and stipulation of dismissal. (*Id.*) The Parties state that they intend to complete those documents as soon as is practicable. (*Id.*)

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file the appropriate dismissal document(s) **no later than Friday, August 5, 2022**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

The pre-trial conference, currently set to take place on July 6, 2022, is **CANCELLED**. All pending motions in this case are **DENIED AS MOOT WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of July 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**