**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| OTIS REDMON, | : | |
| | : | |
| v. | : | |
| | : | |
| SHROPSHIRE, *et al*, | : | CASE NO.: 7:19-CV-125 (WLS) |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

The Court having reviewed the Parties' Stipulation of Dismissal with Prejudice (Doc. 67),

**IT IS HEREBY ORDERED** that the above-entitled action be and the same is hereby dismissed on its merits, with prejudice, and with the parties to bear their own costs.

Dated:  August 22, 2022          **/s/ W. Louis Sands**
                                 **W. LOUIS SANDS, SR. JUDGE**
                                 **UNITED STATES DISTRICT COURT**