IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OTIS REDMON, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-125(WLS) |
| | * |
| RALPH SHROPSHIRE, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 22, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of August, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk